FILED
GREAT FALLS DIV.

2008 APR 28 PM 12 58

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

ELDON HUFFINE,

                    Petitioner,

vs.

GALLATIN COUNTY SHERIFF JAMES
CASHELL,

                    Respondent.

No. CV 08-14-BU-SEH

**ORDER**

       On April 7, 2008, United States Magistrate Judge Keith Strong entered Findings and

Recommendation[1] in this matter. Petitioner did not file objections. No review is required of

proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474

U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and

Recommendation for clear error.

       Upon *de novo review of the record,* I find no clear error in Judge Strong's Findings and

---

[1] Docket No. 4.

-1-

Recommendation and adopt them in full.

ORDERED:

The Petition is DISMISSED without prejudice.

DATED this **27** day of April, 2008.

SAM E. HADDON
United States District Judge